**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Shawni S. Moshiri, | ) | Case No. 14-27900 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, November 13, 2014, at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jack B. Schmetterer in Courtroom 682 in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Trustee's Routine Motion to Extend Time to File Objection to Discharge/Dischargeability Pursuant to 11 U.S.C. §727**, at which time and place you may appear if you so desire.

**THIS IS A ROUTINE MOTION, PURSUANT TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 9013-9(A), AND THE PROPOSED ORDER ATTACHED HERETO MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO.**

Dated: November 6, 2014

                                              RONALD R. PETERSON, not individually but as
                                              Chapter 7 Trustee for the bankruptcy estate of
                                              Shawni S. Moshiri

                                              By: *Ronald R. Peterson*
                                                  One of his attorneys

Ronald R. Peterson (2188473)
JENNER & BLOCK, LLP
353 North Clark St.
Chicago, Illinois 60654
PH:    312/222-9350
FAX:   312/527-0484

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, certify that on November 6, 2014, I caused a copy of the foregoing **Notice of Motion** and **Trustee's Routine Motion to Extend Time to File Objection to Discharge/Dischargeability Pursuant to 11 U.S.C. §727** to be served upon each of the parties (a) who are currently on the Court's Electronic Mail Service List via the Court's CM/ECF System and (b) listed on the attached Service List via first class mail.

*/s/   Ronald R. Peterson*

# SERVICE LIST

**Via ECF Notification:**

- Joel F Handler    jhandler@handlerlawgroup.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Tom Makedonski    info@teamlegalchicago.com, teamlegalbk@gmail.com

**Via U.S. Mail:**

Shawni S Moshiri
800 N Michigan
Unit 2203
Chicago, IL 60611

BMW Bank Of North America, Inc
P.O. Box 201347
Arlington, TX 76006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Shawni S. Moshiri, | ) | Case No. 14-27900 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**ROUTINE MOTION OF TRUSTEE TO EXTEND TIME
FOR FILING COMPLAINT OBJECTING TO
DISCHARGE PURSUANT TO 11 U.S.C. §727**

Ronald R. Peterson, not individually but as Chapter 7 Trustee (the "Trustee") for Shawni S. Moshiri ("Debtor"), pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure, requests that the Court enter an order extending the last date for the Trustee to file a complaint objecting to the discharge of Debtor from November 17, 2014 until February 18, 2015, and states:

1. On July 30, 2014, Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, thereby commencing Case No. 14-27900. Subsequently, Ronald R. Peterson was appointed Trustee.

2. On September 17, 2014, the Trustee conducted a Section 341 Meeting of Creditors, during which the Trustee requested additional documents from Debtor. The Trustee, despite follow-up to his request, has not received the requested documents from Debtor.

3. Presently, the last day to file a complaint under 11 U.S.C. §727 is November 17, 2014. The Trustee hereby seeks an approximately 90 day adjournment of the current deadline until February 18, 2015.

4. Pursuant to Rule 4004(b), the Court may, on the motion of any party in interest, after notice and a hearing, for cause extend the time to file a complaint objecting to discharge, which motion shall be filed before the time has expired.

5. Local Rule 9013-9 provides that a motion to extend the time for objecting to discharge may be designated as a "Routine Motion" in which case the Court may enter the proposed order without presentment unless the Court is notified of an objection.

6. Cause exists for the requested extension of time because it is in the interests of the estate to preserve the right to file a complaint pending the Trustee's completion of his investigation.

7. The requested extension is without prejudice to the Trustee's right to seek a further extension or Debtor's right to object thereto.

8. Notice of this Motion has been served on all parties of record entitled to notice in the case.

WHEREFORE, the Trustee requests the entry of an order extending the last date for the Trustee to file either a complaint to object to discharge against Debtor to and through February 18, 2015 and such other and further relief as may be appropriate.

Dated: November 6, 2014    Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of David Lee Pender, II

By: *Ronald R. Peterson*
    One of his attorneys

Ronald R. Peterson (2188473)
JENNER & BLOCK, LLP
353 North Clark St.
Chicago, Illinois 60654
PH:   312/222-9350
FAX:  312/527-0484

2