# EXHIBIT A

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456    J E N N E R & B L O C K LLP

November 4, 2014

Ronald R. Peterson
Tel  312 923-2981
Fax 312 840-7381
rpeterson@jenner.com

Tom Makedonski
Law Office of Tom Makedonski
7354 North Milwaukee Avenue
Niles, IL  60714

Re:    *Shawni S. Moshiri,* 14-27900

Dear Tom:

I am the Trustee for Shawn S. Moshiri, and I am writing to you to request the following information:

1. Copies of all bank statements and credit card statements for calendar year 2014.

2. Copies of all cancelled checks and the checkbook ledger.  If your client keeps his records on Quicken or Microsoft Money, I should appreciate a printout of all of his accounts.

3. A copy of the Debtor's 2013 Federal Form 1040.

4. A copy of the second installment real estate tax bill that the Debtor received a few months ago from the County Collector.

5. A copy of the note and mortgage on Mr. Moshiri's condominium.  I have difficulty understanding how he can live in a $1.3MM Park Hyatt condominium with purported income of $26,000 per year.

Tom Makedonski
November 4, 2014
Page 2

_____

If Mr. Moshiri has failed to keep adequate records, that is grounds for objection to his discharge.  I shall file a motion to extend the time to object to his discharge.

Very truly yours,

Ronald R. Peterson

RRP:lh