

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHAWNI MOSHIRI, | ) | Case No.: 14-BK-27900 |
| | ) | |
| Debtor. | ) | Honorable Judge |
| | ) | Jack Schmetterer |
| _____ | ) | |
| | ) | |
| BROADWAY TIFFANY, LLC | ) | |
| and TONY FAHAM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. No.: 14-A-00782 |
| | ) | |
| SHAWNI MOSHIRI, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

I, the undersigned, hereby file my appearance as attorney for Shawni Moshiri in

Bankruptcy Case No. 14-BK-27900 **and** Adversary No. 14-A-00782.


Attorneys for Shawni Moshiri

THE EVEREST FIRM

By: _____
     One of His Attorneys


Andrew M. Everest
THE EVEREST FIRM
Attorneys for Defendant
2035 W. Charleston St., Suite 305
Chicago, Illinois 60647
Tel: 312-927-2880
iplawdoc@yahoo.com
IL BAR NO. 6244479