UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SHAWNI S. MOSHIRI<br><br><br>Debtor(s)<br><br>RONALD R. PETERSON, not individually but as the Chapter 7 Trustee of the Estate of Shawni S. Moshiri,<br><br>Plaintiff(s)<br><br>v.<br>SHAWNI S. MOSHIRI,<br><br>Defendant(s) | ) BK No.: 14-27900<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable Jack B. Schmetterer<br>)<br>)<br>)<br>) Adv. No.: 15-00101<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT IN AN ADVERSARY PROCEEDING

THIS CAUSE CAME TO BE HEARD upon Ronald R. Peterson's (the "Trustee") not individually but as the chapter 7 trustee for Shawni S. Moshiri, Motion for Finding of Default and Entry of Default Judgment dated May 18, 2014 (the "Motion"); the Trustee having properly served Shawni S. Moshiri at his home at 800 N. Michigan Avenue, Unit 2203, Chicago, Illinois, as the Debtor's bankruptcy counsel, attorney Tom Makedonski at 7354 N. Milwaukee Avenue, Niles, Illinois 60714 and that neither Shawni S. Moshiri nor his attorney appeared before the Court,

IT IS HEREBY ORDERD, ADJUDGED AND DECREED:

1. Judgment shall be, and hereby is, ENTERED in favor of the Trustee and against Shawni S. Moshiri thereby denying the Debtor's discharge pursuant to §727(a)(3) and §727(a)(4) of the Bankruptcy Code. All allegations of the Trustee's Complaint are taken as confessed against Shawni S. Moshiri.

2. The clerk is directed to close this adversary proceeding.

Enter:

United States Bankruptcy Judge

Dated: 7/6/15

**Prepared by:**
Ronald R. Peterson (ARDC # 2188473)
Landon S. Raiford (ARDC # 6297473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654

Rev: 20130103_apo