**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 14−27900
Chapter: 7
Judge: Jack B. Schmetterer

In Re:
  Shawni S Moshiri
  800 N Michigan
  Unit 2203
  Chicago, IL 60611

Social Security / Individual Taxpayer ID No.:
  xxx−xx−1550

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On July 6, 2015 , the Court signed an order:

- ○ Vacating the Discharge
- ⦿ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: July 7, 2015                Jeffrey P. Allsteadt , Clerk
                                   United States Bankruptcy Court